HABEAS,CLOSED,TRANSFERRED

# U.S. District Court
## Eastern District of California – Live System (Fresno)
## CIVIL DOCKET FOR CASE #: 1:21–cv–01738–EPG

(HC)Biyiklioglu v. Warden of USP Lompoc  
Assigned to: Magistrate Judge Erica P. Grosjean  
Cause: 28:2241 Petition for Writ of Habeas Corpus

Date Filed: 12/08/2021  
Date Terminated: 12/09/2021  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Giray C. Biyiklioglu**         represented by **Giray C. Biyiklioglu**  
32447–034  
USP LOMPOC (3901)  
U.S. PENITENTIARY  
3901 KLEIN BLVD  
LOMPOC, CA 93436–2706  
PRO SE

V.

**Respondent**

**Warden of USP Lompoc**         represented by **Bureau of Prisons Regional Counsel**  
Federal Bureau of Prisons  
7338 Shoreline Drive  
Stockton, CA 95219  
Email: wxro–LegalInfo–S@bop.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**US Attorney's Office– 2241 Unit**  
Eastern District of California  
Email: usacae.ecf2241@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/08/2021 | Ï 1 | 2241 PETITION for WRIT of HABEAS CORPUS against Warden of USP Lompoc by Giray C. Biyiklioglu.(Sant Agata, S) (Entered: 12/08/2021) |
| 12/09/2021 | Ï 2 | ORDER, signed by Magistrate Judge Erica P. Grosjean on 12/9/2021. CASE TRANSFERRED to Central District of CA.(Martin–Gill, S) (Entered: 12/09/2021) |
| 12/09/2021 | Ï | SERVICE BY MAIL: 2 Order, Case Transferred Out to Another District served on Giray C. Biyiklioglu. (Martin–Gill, S) (Entered: 12/09/2021) |