UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIRAY C. BIYIKLIOGLU,<br><br>　　　　　　　Petitioner,<br><br>　　　　v.<br><br>WARDEN OF USP LOMPOC,<br><br>　　　　　　　Respondent. | Case No. 2:21-09690 SB (ADS)<br><br>ORDER ACCEPTING<br>REPORT AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in Federal Custody (Dkt. No. 1), Respondent's Answer (Dkt. No. 15), Petitioner's Traverse (Dkt. No. 15), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 17), and all the records and files herein. Petitioner has not filed objections to the Report and Recommendation. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　Accordingly, IT IS HEREBY ORDERED:

　　　1. The Report and Recommendation is accepted, (Dkt. No. 17);

2. The Petition is denied and this action is dismissed with prejudice (Dkt. No. 1); and

3. Judgment is to be entered accordingly.

DATED: April 24, 2024



_____
THE HONORABLE STANLEY BLUMENFELD, JR.
United States District Judge