JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIRAY C. BIYIKLIOGLU, | Case No. 2:21-09690 SB (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN OF USP LOMPOC, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the Court adjudges the Petition denied and this action dismissed with prejudice.

DATED: April 24, 2024

_____
THE HONORABLE STANLEY BLUMENFELD, JR.
United States District Judge